IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

QUENTEZ THRASHER, JESSIE L BROWN, *
JEREMIAH WEST, LUKE MCCLENDON,

         *

   Plaintiffs,      Case No.  4:26-cv-846-CDL-ALS

v.            *

SHERIFF GREG COUNTRYMAN,  WARDEN *
BOB TROMBLEY,

         *

   Defendants.

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 26th day of May, 2026.

        David W. Bunt, Clerk


        s/ Elizabeth S. Long, Deputy Clerk